AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| DONALD WILSON | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:22-cv-01465-BAH |
| MARLBORO PIZZA, LLC, and MALCOLM CARTER, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Opt-In Plaintiffs, Alonte Outterbridge Andrew Williams Arthur Hightower Audonus Duplessis Betty Corea Bria .

Date: 05/01/2024

/s/ Katherine Serrano
*Attorney's signature*

Katherine Serrano, Bar No. 24110764 (TX)
*Printed name and bar number*

400 N. St. Paul Street, Suite 700
Dallas, Texas 75201

*Address*

kserrano@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*